UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| ALI AL-MAQABLH, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 3:19-CV-048-CHB |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| JOHN CARTER, et. al., | ) | |
| | ) | |
| Respondents. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Court's Order Adopting Report and Recommendation on Habeas Petition, entered contemporaneously herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** as follows:

1. Petitioner's Habeas Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief **[R. 1]** is **DENIED**;

2. No certificate of appealability will issue;

3. This action is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the Court's **ACTIVE DOCKET**.

This the 26th day of March, 2020.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY